Lawrence Brewster
Regional Solicitor
**Daniel J. Chasek**, (CSBN #186968)
Acting Associate Regional Solicitor
Office of the Solicitor (Sol#0918455)
United States Department of Labor
350 So. Figueroa St., Suite 370
Los Angeles, California 90071-1202
Telephone: (213) 894-4225
Facsimile: (213) 894-2064
chasek.daniel@dol.gov

Uchenna Evans, Attorney
U.S. Department of Labor
Office of the Solicitor
200 Constitution Avenue, N2700
Washington, DC 20210
Telephone: (202) 693-5799
Facsimile: (202) 693-5774
Evans.Uchenna@dol.gov

Attorneys for the Plaintiff

FILED
2009 FEB 23 PM 1:05
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ________

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**Secretary of Labor,**
United States Department of Labor,

Plaintiff,

v.

**Bristol Warner Plaza, LLC, doing business as Bristol Car Wash,** a California Corporation

Defendant.

Case No.
SACV09-0215 JVS MLGx

**COMPLAINT FOR INJUNCTIVE RELIEF AND TO RECOVER AMOUNTS DUE UNDER THE FAIR LABOR STANDARDS ACT (29 U.S.C. § 201 *et seq.)***

1) The plaintiff, the Secretary of Labor, United States Department of Labor ("Secretary"), brings this action to enjoin defendant Bristol Warner Plaza, LLC, doing business as Bristol Car Wash, a California corporation, from violating the provisions of Sections 15(a)(2), 15 (a)(4) and 15(a)(5) of the Fair Labor Standards Act of 1938, as amended ("FLSA"), 29 U.S.C. §§ 215(a)(2), 215(a)(4) and 215(a)(5), and to recover wages owed under the FLSA to present and former employees of the defendant including those listed by name on the attached Exhibit A to this Complaint, for the period from April 21, 2006 through April 20, 2008.

2) This Court has subject matter jurisdiction under FLSA § 17, 29 U.S.C. § 217; this Court also has subject matter jurisdiction under 28 U.S.C. § 1331 (federal question) and under 28 U.S.C. § 1345 (United States as plaintiff).

3) Defendant Bristol Warner Plaza, LLC. doing business as Bristol Car Wash, is, and at all times material has been, a California corporation, with an office and place of business at 2402 South Bristol Street, Santa Ana, CA 92704, and at all times material has been engaged in business as a full service car wash.

4) At all times material hereto, the activities of the defendant have constituted related activities performed through unified operation or common control for a common business purpose. Defendant Bristol Warner Plaza, LLC, is and has been an "enterprise" as defined in FLSA § 3(r), 29 U.S.C. § 203(r).

5) At all times material hereto, the enterprise has had employees engaged in commerce or in the production of goods for commerce or in handling, selling or otherwise working on goods or materials which have been moved in or produced for commerce. This enterprise has had an annual gross volume of sales made of no less than $500,000.00 and is an "enterprise engaged in commerce or in the production of goods for commerce" as defined in FLSA § 3(s), 29 U.S.C. § 203(s).

6) The defendant has violated the provisions of FLSA §§ 6 and 15(a)(2), 29 U.S.C. §§ 206 and 215(a)(2), by employing employees engaged in commerce within the meaning of the FLSA, or employed in an enterprise engaged in commerce or in the pro-

duction of goods for commerce, within the meaning of FLSA § 3(s), 29 U.S.C. § 203(s), at wage rates less than $6.55 an hour.

7) The defendant has violated the provisions of FLSA §§ 7 and 15(a)(2), 29 U.S.C. §§ 207 and 215(a)(2), by employing employees engaged in commerce or in the production of goods for commerce, within the meaning of the FLSA, or employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of FLSA § 3(s), 29 U.S.C. §203(s), for workweeks longer than 40 hours without compensating these employees at rates not less than one and one-half times the regular rates at which they were and are employed.

8) The defendant has violated the provisions of FLSA §§ 11(c) and 15(a)(5), 29 U.S.C. §§ 211(c) and 215(a)(5), by failing to maintain, keep, make available to authorized agents of plaintiff for inspection, transcription and/or copying, and preserve records of its employees and of the wages, hours, and other conditions and practices of employment maintained, as prescribed by the regulations promulgated by the plaintiff pursuant to the authority granted in the FLSA and published at 29 C.F.R. Part 516.

9)(a) During the period from April 21, 2006 through April 20, 2008, defendant violated the above-described provisions of the FLSA.

(b) As a result of the violations of the monetary provisions of the FLSA, there are unpaid minimum wage and overtime compensation due under the FLSA that are being withheld by the defendant.

(c) Judgment permanently enjoining and restraining such violations of the FLSA is specifically authorized by FLSA § 17, 29 U.S.C. § 217.

(d) Judgment enjoining and restraining any continued withholding of unpaid minimum wage and overtime compensation due under the FLSA is specifically authorized by FLSA § 17, 29 U.S.C. § 217.

WHEREFORE, cause having been shown, plaintiff prays for judgment as follows:

(a) For an order pursuant to FLSA § 17, 29 U.S.C. § 217, permanently enjoining and restraining the defendant, its officers, agents, servants and employees, and all per-

sons in active concert or participation with it, from violating the provisions of the FLSA §§ 15(a)(2), 15(a)(4) and 15(a)(5), 29 U.S.C. §§ 215(a)(2), 215(a)(4) and 215(a)(5); and

(b) For an order pursuant to FLSA § 17, 29 U.S.C. § 217, restraining the Defendant, its officers, agents, servants and employees and all persons in active concert or participation with them, from continuing to withhold the payment of any unpaid minimum wage and overtime compensation found to be due to present and former employees listed by name on the attached Exhibit A.

Dated: February 23, 2009.

CAROL DE DEO
Deputy Solicitor for
National Operations

LAWRENCE BREWSTER
Regional Solicitor

DANIEL J. CHASEK
Acting Associate Regional Solicitor

UCHENNA EVANS
Attorney
Attorneys for the Plaintiff
U.S. Department of Labor

**Exhibit A**

**Name**

AGUILAR, Eziquiel

ALVAREZ RENANDEZ, Hector

BETANZO, Roberto

CAMACHO, Jose

CAMPOS, Angel

CASTELLANOS, Mario

CATALAN, Enrique

CHAN, Andres

CRUZ, Modesto

DEJESUS, Heriberto

DIAZ, Pedro

ENRIQUE, Carlos

ESPINZA, Clemente

FARJARDO, Israel

FLORES, Javier

FLORES, Luciano

GARCIA, Hugo Alberto

GARCIA SANCHEZ, David

GIRON, William

GUARDO, Manuel

GUTIERREZ, Jesus

HERNANDEZ, Alejandro

HERNANDEZ, Arturo

HERNANDEZ, Francisco

HERNANDEZ, Rogel

HORTEGA, Juan

JAIMES, Eduardo
LOPEZ, Eotiquio
MALDONADO, Rafael
MALDONADO, Roque
MALDONADO, Santiago
MAQUEDA, Jose
MARTINEZ, Armando
MARTINEZ, Arturo Castilo
MARTINEZ, Diego
MARTINEZ, Francisco
MARTINEZ, Fredy
MARTINEZ, Jose Placido
MARTINEZ, Luis Manuel
MENDOZA, Giovani
MONTANO, Manuel
NAVA, Juan
NEGRETE, Julio Cesar
NIEVES, Aaron
OCHOA, Felix
ORANTES, Vlademir
OROZCO, Roberto
OROZCO, Vitali
ORTEGA, Bernardino
PACHECO, Fernando
PASTOR, Benjamin
PASTOR, Pablo
PRIEGO, Rafael
QUINTERO, Luis

RAMIREZ, Pedro
REYES, Seguismundo
REYES, Daniel
RIOS, Filberto
RODRIGUEZ, Alfredo
RODRIGUEZ, David
SALAZAR, Jose
SALDIVAR, Raymundo
SANCHEZ, David
SANCHEZ, Ismael Palma
SANCHEZ, Julio
SANCHEZ, Pablo Aguilar
SANCHEZ, Rosendo
SANDOVAL, Rafael
SUAREZ, Alejandro
TAVIKO, Marcelo
VALADEZ, Enrique
VALDEZ, Enrique
VASQUEZ, Gilberto
VASQUEZ, Jose
VEGA, Eliseo
VILLALOBOS, Erik
ZARATE, Angel

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge James V. Selna and the assigned discovery Magistrate Judge is Marc Goldman.

The case number on all documents filed with the Court should read as follows:

**SACV09- 215 JVS (MLGx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=====================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[ ] **Western Division**
**312 N. Spring St., Rm. G-8**
**Los Angeles, CA 90012**

[X] **Southern Division**
**411 West Fourth St., Rm. 1-053**
**Santa Ana, CA 92701-4516**

[ ] **Eastern Division**
**3470 Twelfth St., Rm. 134**
**Riverside, CA 92501**

Failure to file at the proper location will result in your documents being returned to you.

DANIEL J. CHASEK, (CSBN#186968)
Acting Associate Regional Solicitor
Office of the Solicitor/U. S. Department of Labor
350 S. Figueroa Street, Suite 350
Los Angeles, CA 90071-1202
Telephone: (213) 894-4225/FAX: (213) 894-2064

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

SECRETARY OF LABOR,
United States Department of Labor,

PLAINTIFF(S)

v.

BRISTOL WARNER PLAZA, LLC, doing business as BRISTOL CAR WASH, a California Corporation,

DEFENDANT(S).

CASE NUMBER

SACV09-0215 JVS MLGx

**SUMMONS**

TO: DEFENDANT(S): - named above -

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ ______________ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, Daniel J. Chasek, whose address is 350 S. Figueroa Street, Suite 370; Los Angeles, CA 90071-1202. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: FEB 23 2009

By: LA'REE HORN
Deputy Clerk

(Seal of the Court)

1192

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
SECRETARY OF LABOR,
United States Department of Labor,

**DEFENDANTS**
BRISTOL WARNER PLAZA, LLC, doing business as BRISTOL CAR, WASH, a Calfornia Corporation,

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
DANIEL J. CHASEK, Acting Associate Regional Solicitor
Office of the Solicitor/U. S. Department of Labor (Phone: (213) 894-4225)
350 S. Figueroa St., Ste. 370; Los Angeles, CA 90071-1202

Attorneys (If Known)
NAZY DANESH, Esq.
10866 Santa Monica Blvd. #400
Los Angeles, CA 90024
Tel: (310) 598-8448

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☑ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify): ☐ 6 Multi-District Litigation ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☑ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No ☐ **MONEY DEMANDED IN COMPLAINT: $** ________

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
To enjoin and restrain defendant(s) from violating provisions of Sections 15(a)(2) 15(a)(4) and 15(a)(5) of the Fair Labor Standards Act, as amended (29 U.S.C. 201 et seq.)

**VII. NATURE OF SUIT (Place an X in one box only.)**

OTHER STATUTES
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 890 Other Statutory Actions
☐ 891 Agricultural Act
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Info. Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

CONTRACT
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

REAL PROPERTY
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

TORTS
PERSONAL INJURY
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Fed. Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury-Med Malpractice
☐ 365 Personal Injury-Product Liability
☐ 368 Asbestos Personal Injury Product Liability

IMMIGRATION
☐ 462 Naturalization Application
☐ 463 Habeas Corpus-Alien Detainee
☐ 465 Other Immigration Actions

TORTS
PERSONAL PROPERTY
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

BANKRUPTCY
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

CIVIL RIGHTS
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Accommodations
☐ 444 Welfare
☐ 445 American with Disabilities - Employment
☐ 446 American with Disabilities - Other
☐ 440 Other Civil Rights

PRISONER PETITIONS
☐ 510 Motions to Vacate Sentence Habeas Corpus
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus/ Other
☐ 550 Civil Rights
☐ 555 Prison Condition

FORFEITURE / PENALTY
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety /Health
☐ 690 Other

LABOR
☑ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

PROPERTY RIGHTS
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

SOCIAL SECURITY
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

FEDERAL TAX SUITS
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS-Third Party 26 USC 7609

**FOR OFFICE USE ONLY:** Case Number: SACV09-0215

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): ______

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): ______

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)
☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☑ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| BRISTOL WARNER PLAZA, LLC<br>d/b/a BRISTOL CAR WASH - Orange County | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | |

*** Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER): [signature] **Date** 2-23-2009

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |